AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-81 DJF |
| PAUL ERVIN JOHNSON | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 22, 2026, in the State and District of Minnesota, the defendant **Paul Ervin Johnson** did forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in 18 U.S.C. § 1114, who was engaged in and on account of the performance of official duties, and inflicted bodily injury on that person, in violation of Title 18, Section 111(a) and (b).

I further state that I am a Special Agent with the DHS, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

*Complainant's signature*

Sworn to and signed before me
by reliable electronic means (FaceTime and email),
pursuant to Fed. R. Crim. P. 41(d)(3)

Richard Berger, Special Agent, HSI
*Printed name and title*

Date: 1-26-26

*Judge's Signature*

City and State:  Minneapolis, MN

Dulce J. Foster
United States Magistrate Judge
*Printed Name and Title*