UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 26-mj-0081 |
| Plaintiff, | |
| v. | **MOTION FOR DISCOVERY AND INSPECTION** |
| Paul E. Johnson | |
| Defendant. | |

---

Defendant Paul E. Johnson respectfully moves the Court to order the government to disclose, and requests the government to immediately disclose and make available for inspection, copying and photographing, the following information:

1. Any and all written or recorded statements made by Defendant or copies thereof within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known to the attorney for the government;

2. That portion of any written record containing the substance of any relevant oral statement made by Defendant whether before or after arrest in response to interrogation by a known government agent;

3. The substance of any relevant oral statement made by Defendant whether before or after arrest in response to any interrogation by any person known to Defendant to be a government agent if the government intends to use that statement at trial;

4.	A copy of the prior criminal record of Defendant, if any, which is in the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known to the attorney for the government;

5.	Any books, papers, document, photographs, tangible objects, buildings or places, or copies or portions thereof which are in the possession, custody or control of the government and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at the trial, or were obtained from or belonged to Defendant, including but not limited to any body-worn camera footage or other video or photographic evidence collected or obtained by the government;

6.	Any results or reports of physical or mental examinations, scientific tests or experiments, or copies thereof, which are in the possession, custody or control of the government, the existence of which is known or, by the exercise of due diligence, may become known to the attorney for the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at trial;

7.	A pretrial written summary of testimony the government intends to use pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial.  This summary must describe the witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications.

If, prior to trial, the government discovers additional evidence or material previously requested or ordered which is subject to discovery or inspection as herein requested, the

government is requested to notify Defendant's attorneys about the existence of additional material. Such disclosure is required by Rule 12 of the Federal Rules of Criminal Procedure.

Dated: February 2, 2026
        s/ *Kevin C. Riach*
        Kevin C. Riach
        Attorney ID No. 389277
        THE LAW OFFICE OF KEVIN C. RIACH
        125 Main St. SE, Suite 339
        Minneapolis, MN 55414
        Phone: 612-203-8555

        **ATTORNEY FOR DEFENDANT**