# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Shannon G. Elkins |
| v. | U.S. Magistrate Judge |
| PAUL ERVIN JOHNSON, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 26-mj-81 (KMM/SGE) |
| Date: | February 17, 2026 |
| Court Reporter: | Janell Gruber |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 3:30 p.m. |
| Time Concluded: | 3:52 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 22 Minutes |
| Hearing Type: | Motion Hearing |

**APPEARANCES**:
   Plaintiff: Torrie Schnieder, Special Assistant U.S. Attorney
   For Defendant Paul Ervin Johnson: Kevin C. Riach, CJA Appointment

**PROCEEDINGS**:

Hearing on Dkts. 13, 23, 24. The Court permitted additional briefing on Dkts. 13, 23, and 24 as follows:

   The Government's additional brief on Dkt. 13 is due on or before February 24, 2026.
   Defendant Johnson's reply to the Government's brief on Dkt. 13 is due March 3, 2026.
   The Government's additional brief on Dkt. 23 and Dkt. 24 is due March 3, 2026.
   Defendant Johnson's reply to the Government's brief on Dkt. 23 and Dkt. 24 is due March 10, 2026.

The Court will take the Motions under advisement on the last briefing date

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED
   ☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

**ADDITIONAL INFORMATION**:
As noted in the Hearing Record from the Bench the Government's additional brief on Dkt. 13 should address whether the public posting of photographs violated the Court's sealing order at Dkt. 4. No exhibits were submitted to the Court.

*s/BH*
Signature of Law Clerk