UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-81 (KMM/SGE)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAUL ERVIN JOHNSON,

        Defendant.

**RESISTED MOTION FOR EXTENSION OF TIME TO RESPOND.**

    The United States of America, by and through its attorneys, Daniel Rosen, United States Attorney for the District of Minnesota, and Michael Hakes-Rodriguez, Special Assistant United States Attorney, respectfully moves the Court for a brief extension of time to comply with the Court's order to respond to the Defendant's motion for expedited discovery, protective order, and evidentiary hearing (See Dkt. 13). A response was due on February 24, 2026. February 26, 2026 (See Dkt. 26). The court issued an order to the Government to immediately file its response or a motion for an extension of time, no later than February 26, 2026 at 5:00 p.m (See Dkt. 30).

    Additional time is needed to respond as ordered by the court. The Defendant opposes this motion.

    Accordingly, the United States respectfully requests an extension of time until March 5, 2026, to comply with this Court's order.

2

Dated: February 26, 2026								Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/<u>Michael Hakes-Rodriguez</u>*
BY:	Michael Hakes-Rodriguez
	Special Assistant U.S. Attorney

2