

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

March 4, 2026

**VIA ECF – EX PARTE AND UNDER SEAL**
The Honorable Shannon G. Elkins
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

      Re:    United States v. Paul E. Johnson
              Criminal No. 26-mj-81 (KMM/SEG)

Dear Magistrate Judge Elkins:

      The United States respectfully submits this ex parte and sealed supplement to its response to Defendant's Motion for Disclosure Under Rule 6 (Dkt. 23). This case was never presented to any Grand Jury, and thus, there was never a "no bill" or any transcript of any Grand Jury proceeding. Thus, Mr. Johnson's motion should be denied.

              Sincerely,

              DANIEL N. ROSEN
              United States Attorney

              s/ Kristian Weir
              BY: KRISTIAN WEIR
              Assistant U.S. Attorney