UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 26-mj-81 |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR CONTINUANCE OF PRETRIAL MOTIONS DATE** |
| Paul E. Johnson | |
| Defendant. | |

---

Per the Court's February 18, 2026 Pretrial Scheduling and Case Management Order (ECF No. 27), Defendant's pretrial motions are due on March 10, 2026. Defendant has already filed several pretrial motions with the Court which are currently in the process of being briefed and or otherwise pending before the Court. Defendant's preparation of additional pretrial motions, including his anticipated Motion to Dismiss for Outrageous Government Conduct, will be affected by the outcome of his currently pending motions. Defendant thus respectfully requests that the Court continue his time to file any pretrial motions until two weeks after the Court issues an order on his pending motions at ECF Nos. 13, 23, and 24.

Defendant further requests that the Court maintain the current April 3, 2026 pretrial motions hearing to hear argument on the pending (and by then fully briefed) pretrial motions that have already been filed. Defendant has met and conferred with the

government regarding this requested extension and use of the April 3 motion hearing date, and the government does not object.

Respectfully Submitted,

Dated: March 10, 2026  /s/ Kevin C. Riach
Kevin C. Riach (#0389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
*Attorney for Defendant*

2