UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Paul Ervin Johnson,<br><br>            Defendant. | Case No. 26-mj-81 (KMM/SGE)<br><br>**ORDER TO CONTINUE PRETRIAL MOTIONS FILING AND HOLD HEARING ON PENDING MOTIONS** |

This matter is before the Court upon the Defendant's Motion for Continuance of Pretrial Motions Date (Dkt. 42). Counsel for Defendant requests that the pretrial motions filing deadline be continued until two weeks after the Court issues an order on the motions pending before the Court at Dockets 13, 23, and 24. The Government does not object to the continuance request.

Finding that the ends of justice served by a continuance outweigh the interest of the public and Defendant in a speedy trial, **IT IS HEREBY ORDERED** that Defendant's motion to continue the pretrial motions filing date and corresponding motion hearing is **GRANTED**.

The motions hearing currently scheduled for **April 3, 2026**, at 1:00 p.m. in Courtroom 9E, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 will be held to address:

1) Defendant's Motion for Expedited Discovery, Protective Order, and Evidentiary Hearing (Dkt. 13),

2) Defendant's Motion for Grand Jury Proceedings (Dkt. 23),

3) Defendant's Motion to Strike Appearance of Government's Counsel (Dkt. 24), and

4) Plaintiff's Motion for Protective Order (Dkt. 28)

Any Notice of Intent to Call Witnesses, must be filed by **March 24, 2026**, in accordance with Local Rule 12.1(c)(3)(A).  And any Responsive Notice of Intent to Call Witnesses must be filed by **March 27, 2026.**

The pretrial motions filing deadline will be extended until two weeks following any ruling on the pending motions before the Court and an Amended Pretrial Scheduling Order will issue at that time.

Pursuant to the Federal Rules of Criminal and 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the interest of the public and Defendant in a speedy trial. This finding is based on all the files and proceedings herein, including the facts set forth in the motions and the supporting documents. The Misdemeanor Information against Mr. Johnson was filed on February 11, 2026. (Dkt. 20) Accordingly, the period of time from February 15, 2026, the date Defendant filed his Motion for Disclosure of Grand Jury Proceedings (Dkt. 23) through the date of the Order on said motion, shall be excluded from the Speedy Trial Act computations in this case.

All other instructions provided in the Pretrial Scheduling and Case Management Order (Dkt. 27) remain in full effect.

Dated: March 12, 2026					*s/Shannon G. Elkins*
						SHANNON G. ELKINS
						United States Magistrate Judge