# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

                Plaintiff,

v.

PAUL ERVIN JOHNSON,

                Defendant.

**COURT MINUTES**
BEFORE: Shannon G. Elkins
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-mj-81 (KMM/SGE-1) |
| Date: | April 3, 2026 |
| Court Reporter: | Janell Gruber |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 1:04 p.m. |
| Time Concluded: | 2:53 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 1 Hour 49 Minutes |
| Hearing Type: | Oral Argument |

**APPEARANCES**:

    Plaintiff:  Michael Hakes-Rodriguez, Special Assistant U.S. Attorney; Bradley Endicott, Assistant United States Attorney
    For Defendant Paul Ervin Johnson: Kevin Riach, CJA

Non-Dispositive motions taken under advisement as of today: 24

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED
    ☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

**ADDITIONAL INFORMATION**:

The Court heard argument on Dkts. 13, 23, 24, and 28. The Court granted Dkt. 23 and ordered Dkt. 37 be unsealed, no separate order will be issued. The Court granted-in-part and denied in-part Dkt. 28. A written Order will follow the Court's ruling on Dkts. 13 and 28.

The Court took Dkt. 24 under advisement and will issue an Order.

                        *s/ BH*
                        Signature of Law Clerk