UNITED STATES DISTRICT COURT
District of Minnesota
Criminal No. 26-mj-81 (KMM/SGE)

UNITED STATES OF AMERICA,

       Plaintiff,

  v.                          **NOTICE OF SUBSTITUTION**

PAUL ERVIN JOHNSON

       Defendant.

Please add the following Special Assistant United States Attorney to the above-captioned case:

Add SAUSA

William L. Richards

Remove SAUSA

Michael Hakes-Rodriguez

Dated: April 6, 2026                    Respectfully submitted,

                                      DANIEL N. ROSEN
                                    United States Attorney

                                    *s/William L. Richards*
            BY:   William L. Richards
                    Special Assistant U.S. Attorney