United States of America,

      Plaintiff,

v.

Paul E. Johnson

      Defendant.

Court File No. 26-mj-81

**DEFENDANT'S AMENDED MOTION TO STRIKE APPEARANCE OF GOVERNMENT'S COUNSEL**

Defendant previously moved this Court to strike the appearance of government's counsel (and Army JAG attorney) Michael Hakes-Rodriguez, as DOJ's appointment of Mr. Hakes-Rodriguez violated the Posse Comitatus Act. ECF No. 24. The parties fully briefed this Motion and argued it on April 3, 2026. *See* ECF Nos. 35, 39, 43, 49 and 51. On April 6, 2026, the government filed a Notice of Attorney Substitution substituting attorney William Richards for Mr. Hakes-Rodriguez, who is being detailed to a new assignment in another district. ECF No. 52. Mr. Richards is also a JAG attorney, and Defendant moves to strike his appearance for the same reasons set forth in Defendant's motion to strike Mr. Hakes-Rodriguez's appearance. This amended motion is supported by the briefs, arguments, and record in this case already developed in support of Defendant's motion to strike Mr. Hakes-Rodriguez's appearance.

For the above-stated reasons, Defendant respectfully moves this Court to strike the appearance of Mr. Richards.

Dated: April 6, 2026

/s/ Kevin C. Riach  
Kevin C. Riach (#0389277)  
125 Main St. SE, Suite 339  
Minneapolis, MN 55412  
Telephone: 612.203.8555  
kevin@riachdefense.com  
*Attorney for Defendant*