## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Paul Ervin Johnson,

          Defendant.

Case No. 26-mj-81 (KMM/SGE)

**AMENDED PRETRIAL
SCHEDULING ORDER**

      This matter is before the Court upon the Defendant's Motion for Continuance of Pretrial Motions Date (Dkt. 42). A Zoom audio-only scheduling conference was held on May 19, 2026, at the Court's request. Counsel for Mr. Johnson, Kevin Riach, was present and the Government was represented by Assistant United States Attorneys William Richards and Bradly Endicott. Pretrial deadlines and a date for the corresponding motion hearing were discussed.

      Based upon representations of the parties and all of the files and records herein, **IT IS HEREBY ORDERED**:

      The Defendant's pretrial motions must be filed and served on or before **June 5, 2026**. All motions must be accompanied by a meet and confer statement that is signed by the attorney filing the motion. The parties must meet and confer in a good faith attempt to narrow the issues presented by the motion, and to ensure that both parties are aware what

witnesses and evidence they potentially will need at a motions hearing. *See* D. Minn. LR 12.1(b). All responses to motions must be filed and served on or before **June 22, 2026**.

The Court may schedule an evidentiary hearing based on the pleadings. Nothing in this Order shall preclude the Court from setting oral argument on any motion to assist the Court in administering justice or if requested by either party in its motion, objection, or responsive pleadings.

If required, the motions hearing shall be heard before Magistrate Judge Shannon G. Elkins on **July 16, 2026**, at **9:30 a.m.**, in Courtroom 9E, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.  D. Minn. LR 12.1(d).

If a motions hearing is being held, the parties must file a Notice of Intent to Call Witnesses by **June 22, 2026**. Any Responsive Notice of Intent to Call Witnesses must be filed by **June 26, 2026**. These notices must include information sufficient to identify all witnesses, as well as estimated amount of time for each witness's expected testimony. To avoid the need for a recess of the motions hearing, the United States is requested to make all disclosures required by Fed. R. Crim. P. 26.2 and 12(h) at least three days prior to the hearing.

Pursuant to the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the interest of the public and Defendant in a speedy trial. This finding is based on all the files and proceedings herein, including the facts set forth in the

motions and the supporting documents. Mr. Johnson filed a Motion for Continuance of Pretrial Motion Filing Date (Dkt. 42) on March 10, 2026. Additionally, Mr. Johnson has moved for an extension of time to file objections to this Court's May 1, 2026 Order denying Defendant's Motion to Strike Appearance of Government's Counsel. (Dkt. 61.) Therefore, the time from March 10, 2026 through the filing of motions on June 5, 2026 shall be excluded from the Speedy Trial Act computations in this case.

All other instructions provided in the Pretrial Scheduling and Case Management Order (Dkt. 27) remain in full effect.

Dated: May 19, 2026                    *s/Shannon G. Elkins*
                                       SHANNON G. ELKINS
                                       United States Magistrate Judge

3