**VIA ECF**

May 29, 2026

The Honorable Kate M. Menendez
U.S. District Judge, District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

**Re:**    ***U.S. v. Johnson*, Court File No. 26-mj-81 (KMM/SGE)**
           **Joint Request for Expansion of Word Count Limits**

Dear Judge Menendez:

Pursuant to Local Rule 72.2(c)(C), the parties respectfully request that the Court expand the word count limits in Local Rule 72.2(c) with respect to Defendant's Objections to Magistrate Judge Elkins' May 1, 2026 Order denying Defendant's Motion to Strike Appearance of government counsel. ECF No. 61. This motion was based on what Defendant contends is the government's violation of the Posse Comitatus Act by using Judge Advocate General ("JAG") lawyers from the military to prosecute him in civilian court. This issue involved a matter of first impression in the District of Minnesota and involved substantial briefing and roughly 90 minutes of oral argument. *See* ECF Nos. 24, 35, 43, 51. Defendant intends to object to the Magistrate Judge's Order, and Defendant's objections are due on June 5, 2026.

The parties respectfully submit this joint request to expand the 3,500 word count limit for objections and responses in Local Rule 72.2(c). Given the complexity of the issues to be

briefed, the parties respectfully request that each side be permitted 7,000 words for their respective briefs.

Sincerely,

/s/ *Kevin C. Riach*

Kevin C. Riach
**Direct Dial:** 612.203.8555
**Email:** kevin@riachdefense.com
***Attorney for Defendant***

DANIEL N. ROSEN
United States Attorney

*s/William L. Richards*
BY: William L. Richards
Attorney ID No.: 5445002NY
Special Assistant U.S. Attorney
300 South 4th Street, Suite 600
Minneapolis, MN 55415
T: 612.664-5600| C: 202-230-8076
Email: William.Richards@usdoj.gov