UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-81 (KMM/SGE)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

PAUL ERVIN JOHNSON,

        Defendant.

**NOTICE OF SUBSTITUTION**

Please add the following Special Assistant United States Attorney to the above-captioned case:

Add SAUSA

Robert G. Tucker III

Remove SAUSA

William L. Richards

Dated: June 9, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Robert G. Tucker III*

BY:  Robert G. Tucker III
Special Assistant U.S. Attorney
Bar # 24136128TX
300 South 4th Street
6th Floor
Minneapolis, MN 55415
202-230-4022
Email: robert.tucker@usdoj.gov