# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

**JUDGMENT IN A CRIMINAL CASE**

Plaintiff(s),

v.

Case No. 26mj81 KMM/SGE

Paul Ervin Johnson

Defendant(s).

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

the United States Motion to Dismiss is granted. This matter is **DISMISSED WITH PREJUDICE**.

Date: July 7, 2026                Kate M. Fogarty, Clerk